IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CYNTHIA YANDELL

                                         PLAINTIFF

V.                     CIVIL NO. 2:16-cv-02286-MEF

NANCY A. BERRYHILL, Acting                              DEFENDANT
Commissioner Social Security Administration[1]

## **FINAL JUDGMENT**

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying her claim for disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and the parties having waived oral argument, finds as follows, to-wit:

Consistent with the Court's ruling from the bench, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Court does not find substantial evidence to support the ALJ's decision in this case. Accordingly, on remand, the ALJ is directed to reevaluate the Plaintiff's nonexertional limitations. Specifically, the ALJ is to reevaluate Plaintiff's ability to function due to pain and also to determine any postural limitations the Plaintiff may have that could reduce the full range of work. He is

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

further ordered to reconsider the Plaintiff's RFC, in light of the reevaluation of the nonexertional limitations and the assessments submitted by Dr. Sequin and Dr. Honghiran.

IT IS SO ORDERED AND ADJUDGED on this the 15th day of December 2017.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE